United States Bankruptcy Court
Southern District of Florida

In re:                                                           Case No. 11-31816-RAM
Hala Massani                                                     Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: reynoldsm          Page 1 of 1          Date Rcvd: Oct 28, 2014
                             Form ID: pdf004           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2014.
db            +Hala Massani,   7040 N.W. 177 Street   Apt. 201,   Hialeah, FL 33015-6278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2014 at the address(es) listed below:
          Atlas Acquisitions   bk@atlasacq.com
          Becket and Lee LLP, Esq   on behalf of Creditor   American Express Centurion Bank
           notices@becket-lee.com
          Discover Bank (MWilson)   mrdiscpc@discoverfinancial.com
          Ely A Gonzalez   on behalf of Debtor Hala  Massani egonzalez@lsgmi.org,  mcabrera@lsgmi.org
          Jeffrey M Hearne, Esq   on behalf of Debtor Hala  Massani jhearne@lsgmi.org,  mcabrera@lsgmi.org
          Matthew H Scott   on behalf of Creditor   World Omni Financial Corp. mhs@trippscott.com,
           bankruptcy@trippscott.com
          Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
          Soneet Kapila   trustee@kapilaco.com,  FL68@ecfcbis.com
          Zach B Shelomith   on behalf of Trustee Soneet  Kapila zshelomith@lslawfirm.net,
           jleiderman@lslawfirm.net;fplechacdiaz@lslawfirm.net;dverde@lslawfirm.net
                                                                          TOTAL: 9



**ORDERED in the Southern District of Florida on October 27, 2014.**

_____

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                              Case No.  11-31816-RAM
                                                    Chapter 7

Hala Massani


_____ Debtor ____ /


### ORDER ON OBJECTION TO CLAIMS


THIS CAUSE having come before the court upon the Hala Massani's Objection to Claims [D.E. 62] and Certification of No Response [D.E.65]and this court having considered the basis for the objection to the claims, and being otherwise duly advised in the premises, it is

**ORDERED** that:

The Objection to Claim #3 (Asset Acceptance LLC as assignee of Citibank) is denied as moot because Creditor filed an amended Claim on August 7, 2014;

The Objection to Claim # 4 (Asset Acceptance, LLC as assignee of GEMB / Leath Furniture) is denied as moot because Claim # 4 was withdrawn on August 6, 2014; and

The Objection to Claim #8 (Radiology Associates) is sustained.  The claim is stricken and disallowed.

###

**Submitted by: Jeffrey M. Hearne, Esq.**

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 08/28/13)                    Page 1 of 1