United States Bankruptcy Court
Southern District of Florida

In re:  
Hala Massani  
    Debtor

Case No. 11-31816-RAM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113C-1     User: reynoldsm     Page 1 of 1     Date Rcvd: Dec 18, 2014  
                    Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2014.  
db           +Hala Massani,    7040 N.W. 177 Street    Apt. 201,    Hialeah, FL 33015-6278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2014                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2014 at the address(es) listed below:  
             Atlas Acquisitions    bk@atlasacq.com  
             Becket and Lee LLP, Esq    on behalf of Creditor    American Express Centurion Bank notices@becket-lee.com  
             Discover Bank (MWilson)    mrdiscpc@discoverfinancial.com  
             Ely A Gonzalez    on behalf of Debtor Hala  Massani egonzalez@lsgmi.org, mcabrera@lsgmi.org  
             Jeffrey M Hearne, Esq    on behalf of Debtor Hala  Massani jhearne@lsgmi.org, mcabrera@lsgmi.org  
             Matthew H Scott    on behalf of Creditor    World Omni Financial Corp. mhs@trippscott.com, bankruptcy@trippscott.com  
             Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov  
             Soneet  Kapila    trustee@kapilaco.com, FL68@ecfcbis.com  
             Zach B Shelomith    on behalf of Trustee Soneet  Kapila zshelomith@lslawfirm.net, jleiderman@lslawfirm.net;fplechacdiaz@lslawfirm.net;dverde@lslawfirm.net  
                                                                                                               TOTAL: 9



ORDERED in the Southern District of Florida on December 17, 2014.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No.  11-31816-RAM
                                                    Chapter 7
Hala Massani

_____Debtor_____/

### ORDER ON OBJECTION TO CLAIM

THIS CAUSE having come before the court upon the Hala Massani's Objection to Claims [D.E. 66] and Certification of No Response [D.E.70] and this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that:

The Objection to Claim #3 (Asset Acceptance LLC as assignee of Citibank) is sustained. Claim #3 is reduced to $18,067.43.;

###

**Submitted by: Jeffrey M. Hearne, Esq.**

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).