ORDERED in the Southern District of Florida on Dec. 8, 2016



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                              Case No. 11-31816-BKC-RAM

HALA MASSANI,                                              Chapter 7

Debtor.
_____/

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT BETWEEN THE TRUSTEE AND NICHOLAS A. HARVEY AND TO APPROVE PAYMENT OF CONTINGENCY FEE TO SPECIAL COUNSEL AND MEDICAL LIEN

THIS CAUSE came on before the Court on December 8, 2016 at 10:00 a.m., upon the Trustee's Motion to Approve Settlement Between the Trustee and Nicholas A. Harvey and to Approve Payment of Contingency Fee to Special Counsel and Medical Lien (the "Motion"), and the Court, having considered the Motion and being otherwise duly advised in the premises,

**ORDERS** as follows:

1. The Motion is **GRANTED** and the Court adopts the settlement between the Trustee and Nicholas A. Harvey, as described in the Motion.

2. The Court shall retain jurisdiction to enforce the terms of the settlement.

3. The Court allows and awards to Rima Bardawil, Esq. a 40.00% contingency fee associated with the settlement, in the amount of $10,000.00, and reimbursement of costs in the amount of $848.50, pursuant to 11 U.S.C. § 328.

4. The Court authorizes payment of a medical lien to Hialeah Medical Associates, in the amount of $4,500.00

5. The Court authorizes payment of a medical lien to Medicare, in the amount of $785.06.

6. The Court authorizes all of the other disbursements, if any, set forth in the Settlement Statement attached as Exhibit "A" to the Motion.

###

Submitted by:

Felipe Plechac-Diaz, Esq.
Leiderman Shelomith Alexander
+ Somodevilla, PLLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
fpd@lsaslaw.com

Copies to:

**Felipe Plechac-Diaz, Esq.**

**Attorney Plechac-Diaz is directed to serve copies of this order on all creditors and interested parties and to file a certificate of service.**

7. After the hearing, the debtor appeared in Court and objected to the reasonableness of the settlement. The Court advised the debtor to consult with her counsel to determine whether there were grounds to seek reconsideration.

/RU/